UNITED STATES of America, Appellee,

v.

Rodney MORRISON, Defendants–Appellant.

No. 06–3621–cr.

United States Court of Appeals, Second Circuit.

Sept. 25, 2006.

Peter Smith, Peter Smith & Associates (Thomas P. Cleere, Ronkonkoma, NY, on the brief), Huntington, NY, for Appellant.

James Miskiewicz, Assistant United States Attorney, Central Islip, NY, for Defendant–Appellee.

PRESENT: RALPH K. WINTER, JOSÉ A. CABRANES, ROSEMARY S. POOLER, Circuit Judges.

**SUMMARY ORDER**

Appellant Rodney Morrison appeals from a memorandum and order of the

District Court, *see United States v. Morrison*, No. 04–CR–699, 2006 WL 2053729 (E.D.N.Y. July 21, 2006), denying appellant's motion for reconsideration of Magistrate Judge A. Kathleen Tomlinson's denial of his renewed bail application. *See* Bail Hr'g Tr. at 61–65.

Upon a review of the record, and substantially for the reasons set forth in Judge Hurley's careful and comprehensive order, we conclude that the District Court committed no error.

Accordingly, we **AFFIRM** the order of the District Court.